# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| CHURCHILL DOWNS TECHNOLOGY INITIATIVES COMPANY (d/b/a/ TwinSpires), <br><br> Plaintiff, <br><br> v. <br><br> MICHIGAN GAMING CONTROL BOARD; HENRY L. WILLIAMS, JR., in his official capacity as Executive Director of the Michigan Gaming Control Board; DANA NESSEL, in her official capacity as Attorney General of the State of Michigan, <br><br> Defendants. | Case No. 1:25-cv-00047 <br><br> Hon. Hala Y. Jarbou <br><br> Mag. J. Maarten Vermaat |

## STIPULATION AND ORDER TO EXTEND DEFENDANTS' TIME TO REPLY TO PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION TO DISMISS

Defendants, the Michigan Gaming Control Board, Henry Williams, in his official capacity as Executive Director of the Michigan Gaming Control Board, and Dana Nessel, in her official capacity as Attorney General of the State of Michigan, and Plaintiff, Churchill Downs Technology Initiatives Company (d/b/a TwinSpires), hereby stipulate to the Court entering an order that extends Defendants' time to respond to Plaintiff's Response (ECF 22) to Defendants' Motion to Dismiss (ECF 14 & 15) for one week from March 14, 2025 to March 21, 2025.

Accordingly, the parties respectfully request that the Court enter an order extending the deadline for Defendants to reply to Plaintiff's response (ECF 22) to March 21, 2025.

Respectfully submitted,

| | |
|---|---|
| So Stipulated: | So Stipulated: |
| /s/ Derek J. Linkous (w/consent)<br>Patrick G. Seyferth (P47575)<br>Derek J. Linkous (P82268)<br>**BUSH SEYFERTH PLLC**<br>100 West Big Beaver, Suite 400<br>Troy, MI 48084<br>(248) 822-7800<br>seyferth@bsplaw.com<br>linkous@bsplaw.com | /s/ James P. Kennedy<br>James P. Kennedy (P80244)<br>Felepe H. Hall (P59533)<br>Assistant Attorneys General<br>MI Department of Attorney General<br>Alcohol & Gambling Enf. Div.<br>2860 Eyde Parkway<br>East Lansing, MI 48823<br>(517) 241-0210<br>KennedyJ7@michigan.gov<br>HallF2@michigan.gov |
| Thomas H. Dupree, Jr.<br>John W. Tienken<br>**GIBSON, DUNN & CRUTCHER LLP**<br>1700 M St N.W.<br>Washington, DC 20036<br>202-955-8500<br>TDupree@gibsondunn.com<br>JTienken@gibsondunn.com | *Attorneys for Defendants*<br><br>Dated: March 13, 2025 |
| Christine Demana<br>**GIBSON, DUNN & CRUTCHER LLP**<br>2001 Ross Ave., Ste. 2100<br>Dallas, TX 75201<br>214-698-3246<br>CDemana@gibsondunn.com | |

*Attorneys for Plaintiff*

Dated:  March 13, 2025

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| CHURCHILL DOWNS TECHNOLOGY INITIATIVES COMPANY (d/b/a/ TwinSpires),<br><br>        Plaintiff,<br><br>  v.<br><br>MICHIGAN GAMING CONTROL BOARD; HENRY L. WILLIAMS, JR., in his official capacity as Executive Director of the Michigan Gaming Control Board; DANA NESSEL, in her official capacity as Attorney General of the State of Michigan,<br><br>        Defendants. | Case No. 1:25-cv-00047<br><br>Hon. Hala Y. Jarbou<br><br>Mag. J. Maarten Vermaat |

## ORDER EXTENDING DEFENDANTS' TIME TO REPLY TO PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION TO DISMISS

The Court having read the foregoing Stipulation of the parties;

IT IS HEREBY ORDERED that Defendants' deadline to file a Reply to Plaintiff's Response (ECF 22) to Defendants' Motion to Dismiss (ECF 14 & 15) is extended to March 21, 2025.

Dated: March 15, 2025

/s/ Hala Y. Jarbou
HALA Y. JARBOU
Chief United States District Judge