UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHURCHILL DOWNS TECHNOLOGY
INITIATIVES COMPANY,

    Plaintiff,

v.

MICHIGAN GAMING CONTROL
BOARD, et al.,

    Defendants.
_____/

Case No. 1:25-cv-47

Hon. Hala Y. Jarbou

## JUDGMENT

In accordance with the order issued this date:

**IT IS ORDERED** that Michigan Gambling Control Board Executive Director Henry L. Williams and Attorney General for the State of Michigan Dana Nessel shall not enforce the Michigan Horse Racing Law licensing requirement— or issue sanctions under the Michigan Horse Racing Law—against Plaintiff for accepting wagers from individuals in Michigan on races that take place outside Michigan.

Dated: January 6, 2026

/s/ Hala Y. Jarbou
HALA Y. JARBOU
CHIEF UNITED STATES DISTRICT JUDGE